No. 84. GEORGE D. HILE, A TAXPAYER, *v.* CITY OF CLEVELAND. Error to the Supreme Court of the State of Ohio. Argued October 16, 1924. Decided October 27, 1924. *Per Curiam.* Dismissed for the want of jurisdiction, upon authority of *McCain* v. *Des Moines,* 174 U. S. 168; *Western Union Tel. Co.* v. *Ann Arbor R. R. Co.,* 178 U. S. 239; *Spencer* v. *Duplan Silk Co.,* 191 U. S. 526; *Shulthis* v. *McDougal,* 225 U. S. 561; *Hull* v. *Burr,* 234 U. S. 712; *Norton* v. *Whiteside,* 239 U. S. 144. *Mr.*

*George D. Hile* pro se. *Mr. Carl F. Shuler, Mr. Alfred Clum* and *Mr. H. H. McKeehan* appeared for defendant in error.